# LIDDLE & DUBIN, P.C.
ATTORNEYS AND COUNSELORS AT LAW
975 E. JEFFERSON AVE.
DETROIT, MICHIGAN 48207-3101

STEVEN D. LIDDLE
DAVID R. DUBIN
LAURA L. SHEETS
NICHOLAS A. COULSON

TELEPHONE
(313) 392-0015
—
FACSIMILE
(313) 392-0025

**August 8, 2019**

**Via Electronic Mail**
Chief U.S. District Judge James D. Peterson
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

**RE:** Andrea Hamilton, et al. v. 3D Idapro Solutions, LLC
Case No. 3:18-cv-00054-jdp

Dear Chief Judge Peterson:

In this Court's Order Denying Without Prejudice Plaintiff's Motion to Certify Class under Rule 23, dated August 1, 2019, this Court instructed Plaintiff to notify the court on today's date whether she plans to file a renewed motion for class certification.

In response to that instruction, Plaintiff submits this correspondence to affirm that she does plan to file a renewed motion for class certification. Counsel for Plaintiff has spoken to Plaintiff's proffered expert, Dr. Mark Cal, and is asking this Court to allow her to file a renewed Motion for Class Certification with additional evidence supporting her class definition on or before October 22, 2019. Thank you.

Respectfully,

**LIDDLE & DUBIN, PC**

Laura L. Sheets