# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANDREA HAMILTON, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>3D IDAPRO SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Case No. 3:18-cv-0054-jdp |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Andrea Hamilton ("Plaintiff"), by and through her respective counsel, respectfully moves, without opposition from the Defendant 3D Idapro Solutions, LLC (now known as LinkOne Potato Solutions, LLC) ("Defendant"), pursuant to Fed. R. Civ. P. 23(e) for entry of an order preliminarily: (1) approving the parties' Class Action Settlement Agreement and the corresponding documents; (2) certifying the Class for settlement purposes; (3) appointing Class Counsel; (4) appointing Class Representative; (5) defining the Class subject to the Settlement Agreement; (6) approving the form, manner, and content of the Class Notice and opt-out process; and (7) scheduling a Final Settlement Fairness Hearing before this Court, thereby permitting the parties to notify the Class in advance of a Final Settlement Fairness Hearing before this Court. The grounds for this motion are more fully explained in the supporting b1ief, and attached exhibits, which the Plaintiff, without opposition from Defendant, is filing concurrently with this motion.

Dated this 28th day of February 2020.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*s/Laura L. Sheets*
　　　　　　　　　　　　　　　　　　　　　Laura L. Sheets*

*Admitted via Pro Hac Vice\**
LIDDLE & DUBIN, P.C.
975 E. Jefferson Avenue
Detroit, MI 48207
lsheets@ldclassaction.com
bbrown@ldclassaction.com
Telephone: (313) 392-0015
Facsimile (313) 392-0025

<u>s/ Keith E. Tower</u>
Keith E. Tower
Warshafsky, Rotter, Tarnoff & Bloch, S.C.
839 N. Jefferson St., Suite 300
Milwaukee, WI 53202
Attorneys for Plaintiffs
T: (414) 276-4970
keitht@warshafsky.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The undersigned further certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 28th day in February 2020.

> s/Laura L. Sheets
> Laura L. Sheets
> Attorney for Plaintiff

Dated: February 28, 2020