## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANDREA HAMILTON, on behalf of herself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| 3D IDAPRO SOLUTIONS, LLC, | |
| Defendant. | |

Case No. 3:18-cv-0054-jdp

Hon. James D. Peterson

Mag. Stephen L. Crocker

### PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL, AND APPROVAL OF ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE AWARD

Plaintiff, Andrea Hamilton, on behalf of herself and all others similarly situated, ("Plaintiff") by and through her counsel, Liddle and Dubin P.C., respectfully moves pursuant to Fed. R. Civ. P. 23 and requests that this Honorable Court issue an Order: (1) finally approving the Class Action Settlement; (2) certifying this case as a class action for settlement purposes only; (3) appointing Liddle & Dubin, P.C as Class Counsel; and (4) appointing Plaintiff, Andrea Hamilton as the class representative. Plaintiff also moves pursuant to Fed. R. Civ. P. 23(h) and 54(d)(2) and requests that this Honorable Court approve Plaintiff's request for attorneys' fees and costs to Liddle & Dubin, P.C. and a class representative award to Plaintiff Andrea Hamilton. This motion is unopposed by Defendant 3D Idapro Solutions, LLC (now known as LinkOne Potato Solutions, LLC) ("Defendant"). Plaintiff primarily relies on the information and authority set forth in the attached Memorandum of Law in support of these motions and represents to this Honorable Court as follows:

1

1. The above entitled action was commenced by Plaintiff, on behalf of herself and all others similarly situated, for Defendant's emissions of noxious odors into the adjacent residential neighborhood.

2. As previously noticed to the Court, the parties have entered into a Settlement Agreement which was negotiated in good faith and at arms'-length by Counsel for both parties.

3. This Court has previously provided preliminary approval of the Settlement Agreement (R. 88).

4. Based on the experienced opinion of Plaintiff's Counsel, the Settlement is legal, fair, adequate, and reasonable, is in the best interests of Plaintiff and the Class, and should be approved by the Court.

5. The Settlement Agreement provides substantial monetary relief in the amount of $725,000.

6. Notice was disseminated to the Class in accordance with this Court's order preliminarily granting approval of the Settlement.

7. The response from the Class has been unanimously favorable, as there has not been a single opt-out or objection from any member of the Class.

8. In support of this Motion, Plaintiff attaches **Exhibit 1**, which is a true and accurate copy of the executed Settlement Agreement signed by the respective parties.

9. **Exhibit 2** is a Proposed Order and Final Judgment, which was previously submitted in support of preliminary approval as R. 87-14.

10. **Exhibit 3** is a record demonstrating that no Class Members have opted out of the Settlement Agreement.

11.     **Exhibit 4** is a record demonstrating that no Class Members have objected to any portion of the Settlement Agreement.

12.     **Exhibit 5** is proof of the press release and publication of the Class Notice in the Portage County Gazette, which was published on April 24, 2020.  Such publication was specifically ordered by the Court through R. 88. **Exhibit 5** is proof of the press release and publication of the Class Notice in the Wisconsin Rapids Daily Tribune on May 30, 2020 and June 3, 2020.

13.     **Exhibit 6** is an Affidavit of Matthew Roman outlining the freedom of information responses garnered from the City of Wisconsin Rapids.

14.     **Exhibit 7** is a true and accurate copy of the Class Notice that was disseminated to all individual residences throughout the Class Area, published in the Portage County Gazette, and maintained on Class Counsel's website.

15.     **Exhibit 8** is a true and accurate copy of all residential addresses to which Class Notices and Claim Forms were individually sent via First Class Mail.

16.     **Exhibit 9** is a breakdown of the costs and out-of-pocket expenses incurred by Class Counsel while advancing the rights of Plaintiff and the Class, including monthly logs and relevant receipts.

17.     **Exhibit 10** is the Affidavit of Katie Ouellette, the Settlement Administrator at Liddle & Dubin, P.C., who has personal knowledge of the Class Notice that was dispatched and the cost and expense records at the Firm.

18.     **Exhibit 11** is the Declaration of Laura L. Sheets outlining the time spent on the case and detailing the costs associated with the file.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court issue an Order: (1) finally approving the Class Action Settlement; (2) certifying this case as a class action for settlement purposes only; (3) appointing Liddle & Dubin, P.C as Class Counsel; and (4) appointing Plaintiff, Andrea Hamilton as the class representative. Plaintiff has attached an Order granting the requested relief as **Exhibit 2** to her Motion. Plaintiff also respectfully requests that this Honorable Court issue a separate Order: (1) approving Plaintiff's request for attorneys' fees and costs to Liddle & Dubin, P.C. and a class representative award to Plaintiff Andrea Hamilton.

Dated: July 14, 2020

                Respectfully submitted,

                LIDDLE & DUBIN, P.C.

                s/ Laura L. Sheets
                Steven D. Liddle (P45110) (admitted pro hac vice)
                Laura L. Sheets (P63270) (admitted pro hac vice)
                975 East Jefferson Avenue
                Detroit, Michigan 48207-3101
                Tel: (313) 392-0015
                Fax: (313) 392-0025
                SLiddle@mldclassaction.com
                LSheets@mldclassaction.com
                *Attorneys for Named Plaintiff*